**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6227**

———————————

In Re:  ROBERT CALVIN CRAIG, JR.,

                                        Petitioner.

———————————

On Petition for Writ of Mandamus.

———————————

Submitted:  May 28, 2004          Decided:  June 17, 2004

———————————

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert Calvin Craig, Jr., Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Calvin Craig, Jr., filed a "Petition for Extraordinary Writ for Creation of a Remedy Not Available Below," which we construe as a petition for writ of mandamus. Craig asks this court to devise a method through which he might challenge a fine and injunction imposed by the district court in 1995.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is available only when there are no other means by which the relief sought could be granted. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). The party seeking mandamus relief carries the heavy burden of showing that he has no other adequate means to obtain the relief he seeks and that his entitlement to relief is clear and indisputable. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Craig has not made the required showing.

We deny leave to proceed in forma pauperis and dismiss the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED